David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
*Local Counsel For W.L. Petrey Wholesale*

Darvy Mack Cohen, Esq.
California Bar No.: 56753
LAW OFFICE OF DARVY MACK COHAN
7855 Ivanhoe Avenue, #400
La Jolla, CA 92037
Email: dmc@cohanlaw.com
Phone: 858-459-4432
Fax: 858-454-3548
*Attorney For W.L. Petrey Wholesale*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GBT TECHNOLOGIES, INC., a Nevada Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>ROBERT WARREN JACKSON, Individually; GREGORY BAUER, Individually; RWJ ADVANCED MARKETING, LLC, a Georgia Limited Liability Company; W.L. PETREY WHOLESALE COMPANY, INC., an Alabama Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | Case No.: 2:20-CV-02078-APG-VCF |

### NOTICE OF CORRECTED IMAGE

Defendant W.L. Petrey Wholesale Company, Inc., hereby submits ink signatures (Attachment) of Brandy Jones and David Mincin, Esq. to the Verified Petition For Permission To Practice In This Case Only By Attorney Not Admitted To The Bar Of This Court And

/ / /

Page 1 of 2

Designation Of Local Counsel filed on December 21, 2020.

RESPECTFULLY SUBMITTED this 28th day of December, 2020.

                MINCIN LAW, PLLC

By: /s/ David Mincin
David Mincin, Esq.
Nevada State Bar No. 5427
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
*Local Counsel For W.L. Petrey Wholesale*

### CERTIFICATE OF SERVICE

I certify that I am an employee of Mincin Law, PLLC and on the 28th day of December, 2020, service of a true and correct copy of the NOTICE OF CORRECTED IMAGE was made by:

☒ **ELECTRONIC SERVICE:** Pursuant to Local Rule LR IC 4-1 of the United States District Court For the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ **UNITED STATES MAIL:** By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address:

☐ **ELECTRONIC MAIL:** By sending the above-referenced document via electronic mail (Email) to those persons and those addresses listed below:

Alexander K. Calaway: acalaway@maclaw.com, jcase@maclaw.com
Brian R. Hardy: bhardy@maclaw.com, mmonkarsh@maclaw.com

/s/ Carol Burke
An employee of Mincin Law, PLLC

# ATTACHMENT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GBT TECHNOLOGIES, INC., a Nevada Corporation,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>ROBERT WARREN JACKSON, individually, et al.<br><br>　　　　Defendant(s). | Case #2:20-cv-02078-APG-VCF<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

_____Darvy Mack Cohan_____, Petitioner, respectfully represents to the Court:
　　　(name of petitioner)

　　1.　　That Petitioner is an attorney at law and a member of the law firm of

_____Darvy Mack Cohan, Attorney at Law_____
(firm name)

with offices at _____7855 Ivanhoe Avenue, Suite 400_____,
　　　　　　　　　　　　　　　　　　　(street address)

_____La Jolla_____, _____California_____, __92037__,
　　(city)　　　　　　　　　　(state)　　　　　　　(zip code)

__(858) 459-4432__, __dmc@cohanlaw.com__.
(area code + telephone number)　　(Email address)

　　2.　　That Petitioner has been retained personally or as a member of the law firm by

__W.L. Petrey Wholesale Company, Inc.__ to provide legal representation in connection with
　　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 18, 1973 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the State of California | December 18, 1973 | 056753 |
| U.S. District Court, Southern District of California | December 18, 1973 | |
| U.S. District Court, Central District of California | January 1, 1982 | |
| U.S. District Court, Northern District of California | January 1, 1983 | |
| U.S. District Court, Eastern District of California | January 1, 1983 | |
| U.S. Court of Appeals, Ninth Circuit | January 1, 1985 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

California State bar Association
La Jolla Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___San Diego___ )

___Darvy Mack Cohan___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__16th__ day of __December__, __2020__.

_____
Notary Public or Clerk of Court

KENNETH C. SHOOK
Notary Public - California
San Diego County
Commission # 2181424
My Comm. Expires Feb 23, 2021

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___David Mincin___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___7465 W. Lake Mead Blvd., Suite 100___,
(street address)

___Las Vegas___, ___Nevada___, ___89128___,
(city)        (state)        (zip code)

___(702) 852-1957___, ___dmincin@mincinlaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____David Mincin_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____Brandy A Jones_____
(party's signature)

Brandy Jones, CFO, W.L. Petgrey Wholesale Company Ins
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____David_____
Designated Resident Nevada Counsel's signature

5427                        dmincin@mincinlaw.com
Bar number                  Email address

APPROVED:

Dated: this  28th  day of  December , 20 20 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

EXHIBIT

Certificate of Standing

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

December 16, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DARVY MACK COHAN, #56753 was admitted to the practice of law in this state by the Supreme Court of California on December 18, 1973 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records