**Marquis Aurbach Coffing**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
acalaway@maclaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GBT TECHNOLOGIES, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WARREN JACKSON, individually; GREGORY BAUER, individually; RWJ ADVANCED MARKETING, LLC, a Georgia Limited Liability Company; W.L. PETREY WHOLESALE COMPANY, INC., an Alabama corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case Number: 2:20-cv-02078-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME (FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Brian R. Hardy, Esq. and Alexander K. Calaway, Esq., counsel for Plaintiff GBT TECHNOLOGIES, INC.; Fred W. Kennedy, Esq., counsel for Defendants RWJ ADVANCED MARKETING, LLC, ROBERT WARREN JACKSON and GREGORY BAUER; and Darvy Mack Cohan, Esq. representing W.L. PETREY WHOLESALE COMPANY, INC. that the date for Plaintiff's Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue [ECF 9] filed on December 23, 2020 be extended seven (7) days from the current deadline of January 6, 2021 to January 13, 2021.

//

This stipulation is filed in the matter to continue the deadline for its opposition and is entered into for the following reasons:

1. The subject motion was filed on December 23, 2020;
2. Due to the holidays, Plaintiff was unable to obtain the all of the necessary declarations and evidence in support of its Opposition;
3. Defendant W.L. PETREY WHOLESALE COMPANY, INC. filed a joinder to the subject motion on December 30, 2020; and
4. This is the first stipulation for extension of time to file an Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (hereinafter "Opposition").

Dated this 6th day of January, 2021.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

| MARQUIS AURBACH COFFING | LAW OFFICES OF FRED W. KENNEDY |
|---|---|
| By: /s/ Alexander K. Calaway<br>Brian R. Hardy, Esq.<br>Alexander K. Calaway, Esq.<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff GBT Technologies, Inc.* | By: /s/ Fred W. Kennedy<br>Fred W. Kennedy, Esq.<br>3019 Azure Bay Street<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendants RWJ Advanced Marketing, LLC, Robert Warren Jackson and Gregory Bauer* |
|  | **WOLFGANG F. HAHN + ASSOCIATES**<br><br>By: /s/ Wolfgang F. Hahn<br>Wolfgang F. Hahn + Associates<br>7160 Caminito Pepino<br>La Jolla, CA 92037<br>858-535-1000<br>*Attorneys for Defendants RWJ Advanced Marketing, LLC, Robert Warren Jackson and Gregory Bauer* |
|  | **LAW OFFICE OF DARVY MACK COHAN**<br><br>By: /s/ *Darvy Mack Cohan*<br>Darvy Mack Cohan<br>7855 Ivanhoe Avenue Suite 400<br>La Jolla, CA 92037<br>858-459-4432<br>Fax: 858-454-2548<br>Email: dmc@cohanlaw.com<br>*Attorneys for Defendants W.L. PETREY WHOLESALE COMPANY, INC* |

## ORDER

IT IS THEREFORE ORDERED that the previously-scheduled deadline of January 6, 2021 for Plaintiff GBT TECHNOLOGIES, INC. to file its Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue is extended by approximately seven (7) days, or to on or before January 13, 2021.

UNITED STATES DISTRICT JUDGE
Dated: January 6, 2021