**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GBT TECHNOLOGIES, INC., | Case No.: 2:20-cv-02078-APG-VCF |
| Plaintiff | **Order Directing Removal of Ex Parte Designation** |
| v. | |
| ROBERT WARREN JACKSON, et al., | |
| Defendants | |

Defendants Gregory Bauer, Robert Jackson, and RWJ Advanced Marketing, LLC filed two ex parte motions. ECF Nos. 26, 27.  However, the filings do not comply with Local Rule IA 7-2 regarding ex parte filings.  The motion does not "articulate the rule that permits ex parte filing [or] explain why it is filed on an ex parte basis." LR IA 7-2(b).  There is no explanation why these documents are filed on an ex parte basis, and there does not appear to be any reason to do so.  Consequently, I direct the clerk of court to remove the ex parte designation and to make these documents publicly available.

I THEREFORE ORDER the clerk of court to remove the ex parte designation on ECF Nos. 26 and 27 and to make those documents publicly available.

DATED this 20th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE