**Marquis Aurbach Coffing**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
acalaway@maclaw.com
  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GBT TECHNOLOGIES, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WARREN JACKSON, individually; GREGORY BAUER, individually; RWJ ADVANCED MARKETING, LLC, a Georgia Limited Liability Company; W.L. PETREY WHOLESALE COMPANY, INC., an Alabama corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case Number: 2:20-cv-02078-APG-VCF |

## **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Plaintiff GBT TECHNOLOGIES, INC. ("Plaintiff"), defendant ROBERT WARREN JACKSON, defendant GREGORY BAUER, defendant RWJ ADVANCED MARKETING, LLC, and defendant W.L. PETREY WHOLESALE COMPANY, INC. (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. That the above-referenced matter be dismissed with prejudice;

2. That all Parties bear their own attorney fees and costs;

3. That the "UGO Funds" currently being held in the blocked account opened by Plaintiff, which are further described and defined in the Court's Preliminary Injunction (ECF No.

Page 1 of 2

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE
GBT Technologies v. Jackson et al.
Case No 2:20-cv-02078-APG-VCF
MAC:15687-003

92), be released to Plaintiff, and that any future UGO Funds be distributed in the manner agreed to by the Parties;

    4.    That the Court's Preliminary Injunction (ECF No. 92) be vacated, and that the $1,000.00 cash bond and all accrued interest posted in Support of the Preliminary Injunction (ECF No. 93) be released to Plaintiff; and

    5.    That any pending hearing and deadlines be vacated.

IT IS HEREBY STIPULATED on this 21st day of October, 2022 by counsel of record:

| MARQUIS AURBACH | DARVY MACK COHAN |
|---|---|
| By: */s/Alexander K. Calaway*<br>Brian R. Hardy, Esq.<br>Nevada Bar No. 10068<br>Alexander K. Calaway, Esq.<br>Nevada Bar No. 15188<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff* | By: */s/ Darvy Mack Cohan*<br>Darvy Mack Cohan<br>California State Bar No. 056753<br>7855 Ivanhoe Avenue, Suite 400<br>La Jolla, California 92037<br>dmc@cohanlaw.com<br><br>David Mincin<br>Nevada Bar No. 5427<br>7465 W. Lake Mead Boulevard, #100<br>Las Vegas, Nevada 89128<br>dmincin@mincinlaw.com<br>*Attorneys for Defendant W.L. Petrey Wholesale Company, Inc.* |
| **JENNINGS & FULTON, LTD.**<br><br>By: */s/ Adam R. Fulton*<br>Adam R. Fulton, Esq.<br>Nevada Bar No. 11572<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Robert Warren Jackson, Gregory Bauer and RWJ Advanced Marketing, LLC* | |

IT IS SO ORDERED:

Dated: October 24, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816